BUCHALTER NEMER
A Professional Corporation
KALLEY R. AMAN (SBN: 217337)
ABI GNANADESIGAN (SBN: 263375)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: kaman@buchalter.com

Attorneys for Defendants
AMERIQUEST MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK AND LEILA PATE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>　　　　Defendant. | CASE NO. SACV12-464 DOC(MLGx)<br><br>Assigned to Honorable David O. Carter<br><br>**JUDGMENT IN FAVOR OF AMERIQUEST MORTGAGE COMPANY** |

1     On August 14, 2012, the Court entered an order granting Ameriquest Mortgage Company, LLC's ("Ameriquest") Request for Dismissal of Entire Action With Prejudice.

    **IT IS THEREFORE HEREBY ORDERED AN DECREED**, that judgment is entered in favor of Ameriquest and against Plaintiffs Frank and Leila Pate in the action entitled *Frank and Leila Pate v. Ameriquest Mortgage Company*, Case No. SACV12-464 DOC (MLGx).

    **IT IS SO ORDERED.**

DATED: August 30, 2012

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 12248087V1

1

**JUDGMENT IN FAVOR OF AMERIQUEST**